UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

BRIAN D. BLACK

Case No.: ___17-22683___

Chapter: ___7___

Judge: ___John K. Sherwood___

## NOTICE OF PROPOSED ABANDONMENT

_____John W. Sywilok_____, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | 50 Walnut Street |
|---|---|
| | 3rd Floor |
| | Newark, NJ 07102 |

If an objection is filed, a hearing will be held before the Honorable _____John K. Sherwood_____ on _____August 29, 2017_____ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3D__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | Debtor's interest in real property known as 120 Constitution Way, Franklin, NJ 07416. |
|---|---|
| | Market Value is $125,000.00 |

| Liens on property: | Subject to a mortgage held by HSBC Bank USA on which there is due approximately $250,000.00. |
|---|---|

| Amount of equity claimed as exempt: No Equity |
|---|

Objections must be served on, and requests for additional information directed to:

Name: ___John W. Sywilok, Esq.___ ___/s/John W. Sywilok___

Address: ___51 Main Street, Hackensack, NJ 07601___

Telephone No.: ___(201) 487-9390___

*rev.8/1/15*