# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 17−22683−VFP
        Chapter: 7
        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Brian D. Black
   120 Constitution Way
   Franklin, NJ 07416

Social Security No.:
   xxx−xx−5290

Employer's Tax I.D. No.:

## NOTICE OF PROPOSED ABANDONMENT

    John Sywilok, Trustee for the above−captioned case, has filed a notice of intent to abandon certain property described below as being of inconsequential value to the estate.
    If any creditor or other party in interest has an objection to the proposed abandonment, the objection and a request for a hearing on such objection shall be in writing, served upon the Trustee and filed with the Clerk of the United States Bankruptcy Court. Such objection and request shall be filed with the Clerk and served upon the Trustee no later than September 19, 2017.
    In the event an objection is timely filed, a hearing will be held before the Honorable Vincent F. Papalia on

DATE:         9/26/2017
TIME:         10:00 AM
COURTROOM:  3b

    If no objection is filed with the Clerk and served upon the Trustee on or before September 19, 2017, the abandonment will take effect on the fifth day following the last day to file objections.

The description of the property to be abandoned is as follows:
120 Constitution Way, Franklin, NJ 07416

The liens on the property to be abandoned are as follows
(including amount claimed due):

The amount of equity claimed as exempt by the debtor is:

    Request for additional information about the property to be abandoned should be directed to the Trustee at:
John Sywilok
John W. Sywilok LLC
51 Main Street
Hackensack, NJ 07601
(201) 487−9390

    or the trustee's attorney (if applicable) at:

Dated: August 25, 2017
JAN: axg

                                                                                     Jeanne Naughton
                                                                                     Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Brian D. Black
    Debtor

Case No. 17-22683-VFP
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin        Page 1 of 1        Date Rcvd: Aug 25, 2017
                         Form ID: 154        Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 27, 2017.
```
db            #+Brian D. Black,    120 Constitution Way,    Franklin, NJ 07416-2152
cr             +KML Law Group,    120 Constitution Way 4,    Franklin, NJ 07416-2152
516894255      +ASC,    P.O. Box 10388,    Des Moines, IA 50306-0388
516894256      +HSBC Bank USA,    C/O Phelan Hallinan Diamond & Jones, PC,    400 Fellowship Road, Suite 100,
                 Mt. Laurel, NJ 08054-3437
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 25 2017 23:20:55     U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 25 2017 23:20:51     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516894257       Fax: 800-813-8164 Aug 25 2017 23:30:05      21st Mortgage Corporation,    620 Market Street,
                 Knoxville, TN 37902
516896890      +E-mail/PDF: gecsedi@recoverycorp.com Aug 25 2017 23:25:17      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 4
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 25, 2017 at the address(es) listed below:
```
              Christopher S. Martone    on behalf of Debtor Brian D. Black martonelaw@gmail.com
              Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
               Merrill Lynch Mortgage Investors, Inc Series  2006-AF2 dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John Sywilok    sywilokattorney@sywilok.com, nj26@ecfcbis.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```