UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:  :  Case no.: 17-22683-VFP
Brian D. Black  :  Chapter: 7
  :  Judge: Papalia
Debtor(s)  :

## CERTIFICATION OF NO OBJECTION

I  Alyson M. Guida , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

☒ Abandonment

☐ Public Sale

☐ Private Sale

☐ Settlement of Controversy

☐ Auctioneer Compensation

Description of Property (if applicable):
120 Constitution Way, Franklin, NJ 07416

JEANNE A. NAUGHTON, Clerk

Date: 09/20/2017     By: /s/ Alyson M. Guida

*rev.2/10/17*